IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JORDAN NATHANIEL MITCHELL, )
)
      Plaintiff, )
)
v. ) 1:22CV67
)
GUILFORD COUNTY DETENTION )
et al., )
)
      Defendant(s). )

ORDER AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, a prisoner of the State of North Carolina, submitted a civil rights action pursuant to 42 U.S.C. § 1983, together with an application to proceed *in forma pauperis*. The form of the Complaint is such that a serious flaw makes it impossible to further process the Complaint. The problem is:

1.     Pursuant to the Prison Litigation Reform Act, Plaintiff may no longer proceed *in forma pauperis* in this Court unless he is under imminent danger of serious physical injury. The Act provides that:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g). In this Court alone, Plaintiff has had three cases dismissed on the grounds that they were frivolous or failed to state a claim upon which relief could be granted. Mitchell v. Duddy, No. 1:20CV204 (M.D.N.C. Oct. 14, 2020) (unpublished); Mitchell v. Flint, No. 1:16CV373 (M.D.N.C. June 8, 2016) (unpublished); Mitchell v. Osbourn, No. 1:15CV255 (M.D.N.C. May 6, 2015) (unpublished). Although the Complaint claims Plaintiff feels "endangered" at one point, it contains no factual allegations sufficient to even suggest any imminent danger. Instead, the allegations in it relate to past harms.

Consequently, the Complaint should be dismissed, but without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $402.00 filing fee. To further aid Plaintiff, the Clerk is instructed to send Plaintiff new § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

Plaintiff also filed a Motion (Docket Entry 3) seeking the production of medical records, a speedy trial, and a writ of habeas corpus. That Motion will be denied in light of the recommendation of dismissal.

*In forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation.

IT IS THEREFORE ORDERED that *in forma pauperis* status is granted for the sole purpose of entering this Order and Recommendation. The Clerk is instructed to send Plaintiff § 1983 forms, instructions, an application to proceed *in forma pauperis*, and a copy of pertinent parts of Fed. R. Civ. P. 8 (*i.e.,* Sections (a) & (d)).

IT IS FURTHER ORDERED that Plaintiff's Motion (Docket Entry 3) seeking medical records, a speedy trial, and a writ of habeas corpus is denied

IT IS RECOMMENDED that this action be filed and dismissed *sua sponte* without prejudice to Plaintiff filing a new complaint, on the proper § 1983 forms, which is accompanied by the applicable $402.00 filing fee.

This, the 24th day of March, 2022.

                                                /s/ L. Patrick Auld
                                                    **L. Patrick Auld**
                                     **United States Magistrate Judge**